IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ERIC LEE FORD
ADC#141211                                                                                              PLAINTIFF

V.                            CASE NO.: 5:12CV00268 BSM/BD

CURTIS MEINZER, *et al.*                                                                    DEFENDANTS

## ORDER

Andy Reid, an inmate in the Varner Supermax unit ("VSM") of the Arkansas Department of Correction, began this lawsuit challenging his participation in the VSM incentive program. *Reid v. Meinzer, et al.*, Case No. 5:12CV230 KGB/BD (E.D.Ark. June 27, 2012). Mr. Reid amended his complaint to add several additional inmate plaintiffs, including Plaintiff Eric Lee Ford. When it became apparent that the plaintiffs had various, incongruent claims, the Court severed the lawsuit. Mr. Ford is now proceeding in this separate action.

Neither the complaint nor the amended complaint mentions Mr. Ford. (Docket entries #2 and #4) There is no indication that Mr. Ford suffered any of the violations alleged in the complaints. Mr. Ford filed grievance forms and declarations, but it appears that he has not exhausted any issue presented in the complaints. (#10) Instead, his allegations focus on Officer Williams, who is not a named Defendant. (#10, p. 2-4)

As it stands, Mr. Ford has not stated a claim for relief against any named Defendant. He cannot rely on general statements by other inmates that do not implicate his involvement or mention the constitutional deprivation he allegedly suffered.

Accordingly, Mr. Ford must file an amended complaint. He must describe each alleged violation, name the individuals responsible for each alleged violation, state the capacity in which he is suing each defendant, and describe the injury or deprivation he suffered.

Mr. Ford is ordered to file his amended complaint within thirty (30) days of this Order. Failure to timely and completely comply to this Order may result in dismissal of this action. See Local Rule 5.5(c)(2).

DATED this 13th day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE