IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ERIC LEE FORD**  **PLAINTIFF**
**ADC # 141211**

**v.**   **CASE NO: 5:12CV00268 BSM/BD**

**CURTIS MEINZER,** *et al.*   **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition [Doc. No. 12] submitted by United States Magistrate Judge Beth Deere have been reviewed. No objections have been filed. After careful consideration and a *de novo* review of the record, it is found that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT this case is dismissed without prejudice.

Dated this 19th day of November 2012.

_____
UNITED STATES DISTRICT JUDGE